BERNARD COATES, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Order denying a preference to the plaintiff in a tort action reversed on the law and the facts, with ten dollars costs and disbursements, the motion granted, without costs, and the case set down for trial the first Monday of May, 1941. The denial of the motion was an improper exercise of discretion. The showing of destitution is complete. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

WILLIAM M. CONDON, Appellant, v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK and Others, Respondents.— In an action to recover for the adoption and use of a copyrighted plan, order granting defendants' motion for judgment on the pleadings on the ground that the court lacks jurisdiction of the subject-matter of the action, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

JOHN A. DOHERTY, as Administrator, etc., of CORNELIUS J. DOHERTY, Deceased, Respondent, v. CARL V. O. ANDERSON, Appellant.— Action to recover damages for the pecuniary loss suffered by the widow and next of kin of the plaintiff's intestate, who, while walking upon a public highway, was struck by an automobile alleged to have been operated negligently by the defendant. Judgment in favor of plaintiff, entered after a trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.